EASTERN DISTRICT COURT OF NEW YORK
----------------------------------------------------------x
In Re:

      **Joseph F. Ewa, M.D., P.C**

      Debtor(s)

Case 1:11-cv-00182-NGG

**STIPULATION
OF DISCONTINUANCE**

----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorney for the respective party herein, that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above captioned action be and the same is hereby discontinued without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 1, 2011

      /s/George M Gilmer
      George M. Gilmer, Esq.
      Attorney for Joseph F. Ewa, M.D., P.C,
      Debtor
      943 Fourth Avenue
      Brooklyn, New York 11232
      718-788-0100
      718-788-1611 Fax